

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00301-CV

| | | |
|---|---|---|
| Terrance T. Woods | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2012-004045-1) |
| v. | § | August 22, 2013 |
| PennyMac Loan Services, L.L.C. | § | Opinion by Justice Speedlin |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Terrance T. Woods shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Phylis J. Speedlin